EZRA C. BINGHAM, Appellant, *v.* SALVATORE DI GIORGIO, Respondent.

(Argued January 10, 1935; decided January 24, 1935.)

*Frederick R. Rich* and *Benjamin J. Brown* for appellant.
*George A. Conroy* and *Carl K. Mengel* for respondent.
Judgment affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.